IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KEITH L. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-064 |
| | ) | |
| WARDEN A. CALDWELL; DEPUTY | ) | |
| WARDEN WATSON; CERT TEAM | ) | |
| SERGEANT GREEN; MS. WEST; | ) | |
| LT. THOMPSON; LT. TAYLOR; | ) | |
| SERGEANT NORRIS; MS. WATTS; and | ) | |
| DOCTOR ODEM, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 13, 2022, the Court granted Plaintiff, an inmate at Muscogee County Prison in Columbus, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 6.) Plaintiff has not returned either form, but he did file a letter showing Muscogee County Prison officials have had difficulty obtaining Plaintiff's account history. (See doc. no. 7, p. 1.) He has no explanation for why he has not returned the Consent to Collection of Fees form, a document that requires no input from any prison official.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until September 8,

2022, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official and a Consent to Collection of Fees form signed by him. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement, along with the Consent to Collection of Fees form, to the Court by no later than September 8, 2022.

SO ORDERED this 18th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA