IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| KEITH L. BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 322-064 |
| | ) |
| WARDEN A. CALDWELL; DEPUTY WARDEN WATSON; CERT TEAM SERGEANT GREEN; LT. THOMPSON; LT. TAYLOR; SERGEANT NORRIS; MS. WEST; MS. WATTS; and DOCTOR ODEM, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 3rd day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE